```
1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  RYAN STEVENS, State Bar #306409
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3975
6  Facsimile:    (415) 554-3837
   E-Mail:       Ryan.Stevens@sfcityatty.org
7
8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DOUGLAS F. CARLSON, MAYA ZUBKOVSKAYA, | Case No. 21-2876 |
|---|---|
| Plaintiffs, | **NOTICE TO FEDERAL DISTRICT COURT OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT** |
| vs. | **(PURSUANT TO 28 U.S.C. §§ 1441, 1446)** |
| CITY AND COUNTY OF SAN FRANCISCO, MICHAEL BUSHNELL, STEVEN DOMECUS, WALLACE H. KRESLEY, PAUL MCINTOSH, BRETT MONTAGUE, MATTHEW PARRA, DOES #1-10, | Trial Date:     Not Set. |
| Defendants. | |

**TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the CITY AND COUNTY OF SAN FRANCISCO ("Defendant"), named as a defendant in the above-captioned action in California Superior Court for San Francisco County (Action No. CGC-21-590135), hereby files in the United States District Court for the Northern District of California a Notice of Removal of said action to the United States District Court, pursuant to 28 U.S.C. §§ 1441 and 1446, and is filing a Notice of Removal in the Superior Court.

Defendant presents the following facts justifying removal pursuant to 28 U.S.C. §§ 1441 and 1446:

A civil action bearing the above-caption was commenced in California Superior Court for San Francisco County on March 15, 2021 (Action No. CGC-21-590135) and is pending therein. The Summons and Complaint was served on Defendant City and County of San Francisco on March 22, 2021.

This action may properly be removed pursuant to 28 U.S.C. § 1441 because Plaintiffs allege a violation of laws of the United States. The Complaint in said pending action includes allegations brought under 42 U.S.C. § 1983 that the Defendants violated the civil rights of Plaintiffs.

To the extent that Plaintiffs' complaint alleges a claim or cause of action other than violations of rights under the laws of the United States, said cause(s) of action may be removed and adjudicated by this Court pursuant to 28 U.S.C. §1441(c).

Pursuant to 28 U.S.C. §1446(b), a copy of the following documents are attached:

1. The Summons and Complaint are hereto attached as Exhibit A.

2. Defendant's Answer to Complaint, Jury Trial Demand and Objection to Judge Pro Tempore are hereto attached as Exhibit B.

Venue in this district is proper under 28 U.S.C. § 1441 because this District includes the California Superior Court for San Francisco County, the forum in which the removed action was pending.

Defendant will promptly file a Notice of this Removal with the Clerk of the Superior Court for San Francisco County and serve the Notice on all parties.

///
///
///
///
///
///
///

WHEREFORE, Defendant prays that the above action now pending in California Superior Court for San Francisco County be removed in its entirety to this Court for all further proceedings, pursuant to 28 U.S.C. § 1441, *et. seq.*

Dated: April 21, 2021

                    DENNIS J. HERRERA
                    City Attorney
                    MEREDITH B. OSBORN
                    Chief Trial Deputy
                    RYAN STEVENS
                    Deputy City Attorney

                By: */s/ Ryan Stevens*
                    RYAN STEVENS

                    Attorneys for Defendant(s)
                    CITY AND COUNTY OF SAN FRANCISCO

# PROOF OF SERVICE

I, KASSY ADAMS, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On April 21, 2021, I served the following document(s):

**NOTICE TO FEDERAL DISTRICT COURT OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT**
**(PURSUANT TO 28 U.S.C. §§ 1441, 1446)**

on the following persons at the locations specified:

DOUGLAS F. CARLSON
MAYA ZUBKOVSKA
PO Box 191711
San Francisco CA 94119-1711
(415) 956-9567
doug.carlson@sbcglobal.net

Plaintiffs in Pro Se

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** I caused a copy of such document to be transmitted *via* electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: kassy.adams@sfcityatty.org.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed April 21, 2021, at San Francisco, California.

*/s/ Kassy Adams*
KASSY ADAMS

Ntc of Removal of Action From State Court
CASE NO.   21-2876

4

n:\lit\li2021\210719\01526590.docx