DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RYAN STEVENS, State Bar #306409
WILLIAM M. LAYNE, State Bar #294748
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3975 [Stevens]
Telephone:     (415) 554-4217 [Layne]
Facsimile:      (415) 554-3837
E-Mail:          Ryan.Stevens@sfcityatty.org
                    William.Layne@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
MICHAEL BUSHNELL, STEVEN DOMECUS,
WALLACE H. KRESLEY, PAUL MCINTOSH,
BRETT MONTAGUE, MATTHEW PARRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS F. CARLSON, MAYA ZUBKOVSKAYA, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, MICHAEL BUSHNELL, STEVEN DOMECUS, WALLACE H. KRESLEY, PAUL MCINTOSH, BRETT MONTAGUE, MATTHEW PARRA, DOES #1-10, <br><br> Defendants. | Case No. 21-cv-02876-LB <br><br> **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** <br><br> Trial Date:       August 14, 2023 |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants by and through their designated counsel, that:

WHEREAS on August 23, 2021, the court issued an order referring the above caption case to a Mandatory Settlement Conference "to occur after summary judgment" Dkt. No. 20;

1    WHEREAS on July 22, 2022, the court issued an order setting a settlement conference on
2 December 15, 2022 at 10:00 a.m., Dkt. No. 43;
3    WHEREAS on September 19, 2022, the court issued an order extending all case deadlines and
4 setting a deadline of May 18, 2023 for dispositive motions to be heard, Dkt. No. 47
5    WHEREAS the parties both agree that the Mandatory Settlement Conference should not take
6 place before June 1, 2023.
7    FOR THE AFOREMENTIONED REASONS, the parties stipulate and REQUEST that the
8 Court continue settlement conference to a date after June 1, 2023.
9 IT IS SO AGREED.
10 Dated:  November 17, 2022

 /s/ Douglas F. Carlson
DOUGLAS F. CARLSON
Plaintiff in Pro Per and Attorney for Plaintiff
MAYA ZUBKOVSKAYA

Dated:  November 17, 2022

 /s/ Ryan Stevens
RYAN STEVENS
Attorneys for Defendants

IT IS SO ORDERED.

DATED:  November 18, 2022

DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED — Judge Donna M. Ryu (signature seal)*