```
1   DOUGLAS F. CARLSON (CA Bar #173265)
2   PO Box 191711
3   San Francisco CA 94119-1711
4   (415) 956-9567
5   doug.carlson@sbcglobal.net
6   Pro se Plaintiff and
7   Attorney for Plaintiff Maya Zubkovskaya
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS F. CARLSON, <br> MAYA ZUBKOVSKAYA <br>       Plaintiffs <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO et al. <br>       Defendants | Civil Action, <br> File No. 21-02876-LB <br><br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY AND OTHER DEADLINES |

On September 13, 2022, pursuant to stipulation, this court modified the scheduling order for this case. ECF No. 47. Among other deadlines, the order set a deadline of December 20, 2022, for the end of fact discovery.

To date, the parties have conducted but not entirely completed written discovery. The parties have conducted two depositions, have one deposition scheduled, and are working to schedule all remaining depositions. During discovery, the parties have encountered various delays and require additional time to complete discovery due to a number of discovery disputes that the parties have met and conferred about, a need to delay plaintiff Maya Zubkovskaya's deposition to accommodate her ongoing medical treatment and related travel, to accommodate one police officer defendant's leave of absence, and general scheduling challenges. The parties submit that good cause exists for an update of the schedule, maintaining the general spacing of dates following the close of fact

discovery as this court set in its original order. ECF No. 19. Holiday vacation schedules delayed the parties in filing this joint stipulation before the December 20, 2022, close of fact discovery.

Accordingly, the parties stipulate to the following revised schedule:

| Case Event | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut-Off | December 20, 2022 | February 21, 2023 |
| Disclosures of Opening Experts | January 10, 2023 | March 14, 2023 |
| Disclosures of Rebuttal Experts | February 14, 2023 | April 18, 2023 |
| Expert Discovery cut off | March 14, 2023 | May 16, 2023 |
| Last Hearing Date for Dispositive Motions or Further CMC | May 18, 2023 | July 20, 2023 |
| Final Pretrial Conference | August 3, 2023 | October 19, 2023 |
| Trial | August 14, 2023 | October 30, 2023 (or the Court's closest available trial date) |

Defense counsel has authorized plaintiffs' counsel to file this document and to represent defendants' position as described herein.

Respectfully submitted,

Dated: December 30, 2022

/s/ Douglas F. Carlson
DOUGLAS F. CARLSON
Pro se Plaintiff and
Attorney for Plaintiff Maya Zubkovskaya

IT IS SO ORDERED.

Dated: January 3, 2023

_____
LAUREL BEELER
United States Magistrate Judge