DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RYAN STEVENS, State Bar #306409
WILLIAM M. LAYNE, State Bar #294748
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3975 [Stevens]
Telephone:     (415) 554-4217 [Layne]
Facsimile:      (415) 554-3837
E-Mail:          Ryan.Stevens@sfcityatty.org
                     William.Layne@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
MICHAEL BUSHNELL, STEVEN DOMECUS,
WALLACE H. KRESLEY, PAUL MCINTOSH,
BRETT MONTAGUE, MATTHEW PARRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS F. CARLSON, MAYA ZUBKOVSKAYA,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MICHAEL BUSHNELL, STEVEN DOMECUS, WALLACE H. KRESLEY, PAUL MCINTOSH, BRETT MONTAGUE, MATTHEW PARRA, DOES #1-10,<br><br>    Defendants. | Case No. 21-cv-02876-LB<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Trial Date:     March 25, 2024 |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants by and through their designated counsel, that:

WHEREAS on August 23, 2021, the court issued an order referring the above caption case to a Mandatory Settlement Conference "to occur after summary judgment" Dkt. No. 20;

1  WHEREAS on November 22, 2022, the court issued an order setting a settlement conference on June 29, 2022 at 1:00 p.m.,  Dkt. No. 43;

3  WHEREAS on April 28, 2023, the court issued an order extending all case deadlines and setting a deadline of November 16, 2023 for dispositive motions to be heard,  Dkt. No. 47;

5  WHEREAS the parties both agree that the Mandatory Settlement Conference should not take place before December 1, 2023.

7  FOR THE AFOREMENTIONED REASONS, the parties stipulate and REQUEST that the Court continue settlement conference to a date after December 1, 2023.

9  IT IS SO AGREED.

Dated:  June 13, 2023

           */s/ Douglas F. Carlson*
DOUGLAS F. CARLSON
Plaintiff in Pro Per and Attorney for Plaintiff
MAYA ZUBKOVSKAYA

Dated:  June 13, 2023

           */s/ William M. Layne*
WILLIAM M. LAYNE
Attorneys for Defendants

## ORDER

It is hereby ordered that the Settlement Conference set for June 29, 2023 at 1:00 p.m. is vacated and continued to December 11, 2023 at 1:00 p.m. in Oakland, by Zoom Videoconference only.  Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated July 22, 2022. [See Docket No. 43].

IT IS SO ORDERED.

DATED:  June 16, 2023

DONNA M. RYU
Chief Magistrate Judge