DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
WILLIAM M. LAYNE, State Bar #294748
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4217
Facsimile:      (415) 554-3837
E-Mail:          William.Layne@sfcityatty.org


Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MICHAEL BUSHNELL, STEVEN DOMECUS,
WALLACE H. KRESLEY, PAUL MCINTOSH,
BRETT MONTAGUE, MATTHEW PARRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS F. CARLSON, MAYA ZUBKOVSKAYA,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MICHAEL BUSHNELL, STEVEN DOMECUS, WALLACE H. KRESLEY, PAUL MCINTOSH, BRETT MONTAGUE, MATTHEW PARRA, DOES #1-10,<br><br>　　　　Defendants. | Case No. 21-cv-02876-LB<br><br>**STIPULATION AND ORDER TO CONTINUE FURTHER TELEPHONIC PRESETTLEMENT CONFERENCE**<br><br>Trial Date:　　　　March 24, 2025 |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants by and through their designated counsel, that:

WHEREAS on November 22, 2024, the court issued an order setting a telephonic pre-settlement conference on January 24, 2025 at 2:00 PM, Dkt. No. 97;

WHEREAS on November 25, 2024, the court issued an order extending current litigation dates, Dkt. No. 98;

1

1    WHEREAS on November 25, 2024, the court extended the last date to hear dispositive motions

2  to June 12, 2025, Dkt. No. 98;

3    WHEREAS Plaintiff does not oppose a continuance of the pre-settlement call;

4    FOR THE AFOREMENTIONED REASONS, the parties stipulate and REQUEST that the Court

5  continue the telephonic pre-settlement conference to a date after June 12, 2025.

6
IT IS SO AGREED.
7
Dated:  1/22/25
8
9                                              _____/s/ Douglas F. Carlson_____
                                              DOUGLAS F. CARLSON
10                                             Plaintiff

11  Dated:  1/22/25

12                                             _____/s/ William M. Layne_____
                                              WILLIAM M. LAYNE
13                                             Attorneys for Defendants

14

15                              **ECF ATTESTATION**

16    Pursuant to Civil Local Rule 5-1(i) regarding signatures, I attest that concurrence in the filing

17  of this document has been obtained from the other signatories.

18  Dated:  1/22/25                           _/s/ William M. Layne_____

19

20                                    ORDER

21    Pursuant to the parties' stipulation, it is hereby ordered that the further settlement conference planning

22  call set for 1/24/2025 at 2:00 PM via Non-public Zoom Meeting is vacated and continued to July 2, 2025

at 9:30 AM via Non-public Zoom Meeting.

23    IT IS SO ORDERED.

24  DATED: ___January 23, 2025_____

25

26                                             _____
                                              DONNA M. RYU
27                                             Chief Magistrate Judge

28