DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
WILLIAM M. LAYNE, State Bar #294748
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4217
Facsimile: (415) 554-3837
E-Mail: William.Layne@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MICHAEL BUSHNELL, STEVEN DOMECUS,
WALLACE H. KRESLEY, PAUL MCINTOSH,
BRETT MONTAGUE, MATTHEW PARRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS F. CARLSON, MAYA ZUBKOVSKAYA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MICHAEL BUSHNELL, STEVEN DOMECUS, WALLACE H. KRESLEY, PAUL MCINTOSH, BRETT MONTAGUE, MATTHEW PARRA, DOES #1-10,<br><br>Defendants. | Case No. 21-cv-02876-LB<br><br>**UPDATED CASE MANAGEMENT STATEMENT**<br><br>Hearing Date: November 6, 2025<br>Time: 11:00 a.m.<br><br>Trial Date: June 15, 2026 |

///

The parties have previously submitted joint Case Management Statements Pursuant to Civil Local Rule 16-9, and the Standing Orders of the Northern District, to address the areas and topics required by the Rule. Defendants City and County of San Francisco and Michael Bushnell, Steven Domecus, Wallace H. Kresley, Paul Mcintosh, Brett Montague, and Matthew Parra (collectively "Defendants") and Plaintiffs Douglas F. Carlson, Maya Zubkovskaya hereby submit this updated Joint Case Management Conference Statement to address remaining issues and provide updates to the Court on the status of the matter:

**Motions:** Currently, Defendants no longer anticipate filing a summary judgment motion.

**Discovery**: Most fact discovery has already taken place. In an effort to resolve the case without need for further litigation, the parties are currently engaged in settlement discussions and hope to settle the matter without the need to take further discovery. In the event the parties are unable to reach a resolution, Defendants anticipate they will request completing the deposition of Plaintiff Maya Zubkobskaya. Also, absent a resolution, plaintiffs expect that they would depose some of the eight trainers for crisis intervention training and certification, the names of which defendant CCSF provided on October 21, 2025. However, plaintiffs would prefer to defer these depositions until the parties have engaged in planned settlement discussions in November.

**Settlement and ADR:**

On October 22, 2205, the parties meet with Judge Ryu for a pre-settlement conference call in efforts to coordinate efforts to effectuate a potential resolution. There, the parties discussed timelines for settlement efforts as well as discussed potential actions the court could engage in to assist the parties reach a settlement, if needed. At this time, the parties intend to attempt to resolve the case informally. However, both sides are open to assistance from the Court, if needed.

Dated: October 30, 2025

By: */s/ Douglas Carlson*
DOUGLAS CARLSON
Plaintiff in Pro Per and Attorney for Plaintiff MAYA ZUBKOVSKAYA

Dated: October 30, 2025

DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
WILLIAM M. LAYNE
Deputy City Attorney

By: */s/ William M. Layne*
WILLIAM M. LAYNE

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
MICHAEL BUSHNELL, STEVEN DOMECUS,
WALLACE H. KRESLEY, PAUL MCINTOSH,
BRETT MONTAGUE, MATTHEW PARRA