DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
WILLIAM M. LAYNE, State Bar #294748
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4217
Facsimile: (415) 554-3837
E-Mail: William.Layne@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MICHAEL BUSHNELL, STEVEN DOMECUS,
WALLACE H. KRESLEY, PAUL MCINTOSH,
BRETT MONTAGUE, MATTHEW PARRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS F. CARLSON, MAYA ZUBKOVSKAYA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MICHAEL BUSHNELL, STEVEN DOMECUS, WALLACE H. KRESLEY, PAUL MCINTOSH, BRETT MONTAGUE, MATTHEW PARRA, DOES #1-10,<br><br>Defendants. | Case No. 21-cv-02876-LB (ASK)<br><br>**UPDATED CASE MANAGEMENT STATEMENT**<br><br>Hearing Date: August 27, 2026<br>Time: 11:00 a.m.<br><br>Trial Date: June 15, 2026 |

The parties have previously submitted joint Case Management Statements Pursuant to Civil Local Rule 16-9, and the Standing Orders of the Northern District, to address the areas and topics required by the Rule. Defendants City and County of San Francisco and Michael Bushnell, Steven Domecus, Wallace H. Kresley, Paul Mcintosh, Brett Montague, and Matthew Parra (collectively "Defendants") hereby submit this updated Case Management Conference Statement to address remaining issues and provide updates to the Court on the status of the matter:

The parties have reached a settlement resolving this action. The settlement is presently awaiting approval by the San Francisco Board of Supervisors. The City is proceeding through the ordinary approval process, and there is presently no reason to believe that approval will be further delayed or that the settlement will not be completed.

Accordingly, the parties respectfully request that the Court continue the Case Management Conference for approximately 60 days to allow sufficient time for the Board of Supervisors to consider and approve the settlement and for the parties thereafter to complete the necessary dismissal filings. The parties believe that a continuance will conserve judicial and party resources while the settlement approval process is completed.

Dated: August 20, 2026

DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
WILLIAM M. LAYNE
Deputy City Attorney

By: *<u>/s/ William M. Layne</u>*
WILLIAM M. LAYNE

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
MICHAEL BUSHNELL, STEVEN DOMECUS,
WALLACE H. KRESLEY, PAUL MCINTOSH,
BRETT MONTAGUE, MATTHEW PARRA